IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | :     CRIMINAL NO. 3:23-CR- 21 |
| v. | : |
| MARK WHEELER | : |

# INDICTMENT

The Grand Jury charges that:

## COUNT ONE
### (Interference with Housing)

On or about May 26, 2023, in the Middle District of Georgia, defendant MARK WHEELER, by force and threat of force, willfully injured, intimidated, and interfered with, and attempt to injure, intimidate, and interfere with, M.H., a Black male whose identity is known to the Grand Jury, because of M.H.'s race and color and because M.H. was occupying a dwelling in Loganville, Georgia; specifically, the defendant shot a firearm in the direction of M.H. and M.H.'s dwelling while yelling racial slurs. This offense involved the use, attempted use, and threatened use of a dangerous weapon.

All in violation of Title 42, United States Code, Section 3631(a).

## COUNT TWO
### (Possession of a Firearm)

On or about May 26, 2023, in the Middle District of Georgia, defendant MARK WHEELER knowingly brandished and used a firearm, that is, an F.I.E. .22 LR Revolver, and

discharged the firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, 42 U.S.C. 3631(a), Interference with Housing.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

A TRUE BILL:

_s/Foreperson of the Grand Jury_
FOREPERSON OF THE GRAND JURY

PETER D. LEARY
United States Attorney
Middle District of Georgia

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division
U.S. Department of Justice

By: _/s/ Sonja B. Profit_
SONJA PROFIT
Assistant United States Attorney

ANITA T. CHANNAPATI
Trial Attorney, Civil Rights Division

Filed in open Court
10/24/2023
C. Auston